**Charles DOYLE, Plaintiff-Appellant,**

v.

**PHILLIPS PETROLEUM COMPANY, Defendant-Appellee.**

**No. 8–13.**

Temporary Emergency Court of Appeals.

Feb. 23, 1982.

John Dewey Watson, Friday, Eldredge and Clark, Little Rock, Ark., for plaintiff-appellant, Charles Doyle.

Isaac A. Scott, Jr., Wright, Lindsay and Jennings, Little Rock, Ark., for defendant-appellee, Phillips Petroleum Co.

Before LARSON, BROWN and POINTER, Judges.

### ORDER

PER CURIAM.

Upon consideration of the briefs and the record this Court has determined that the findings and conclusions of the District Court, 527 F.Supp. 153, are not clearly erroneous. The judgment is therefore

AFFIRMED.